IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNDI SERO KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Deputy ) | |
| Commissioner of Operations ) | |
| performing the duties and functions ) | |
| not reserved to the Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:17-CV-2991-C-BT |

## ORDER

The Court considered the Findings, Conclusions, and Recommendation entered by the Magistrate Judge on April 18, 2018, along with Defendant's Motion to Dismiss, filed January 19, 2018. Plaintiff failed to file any timely objections. The Court finds that the Findings, Conclusions, and Recommendation should be **ADOPTED** and the Motion to Dismiss should be **GRANTED**.

Accordingly, the Court ORDERS that this case be **DISMISSED WITHOUT PREJUDICE**.

Dated this 10th day of May, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE